IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALVIN L. MERRITTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-1020-NJR-DGW |
| | ) | |
| C/O BRAKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On January 20, 2017, Plaintiff filed a motion to stay the Order setting forth *in forma pauperis* payments (Doc. 12). Plaintiff filed this motion in three other cases filed in this District, 15-cv-254-SMY-RJD, 16-cv-959-NJR-DGW, and 15-cv-794-SMY-RJD. In the later case, Magistrate Judge Daly directed the Clerk to send to Plaintiff a copy of his balance sheet of funds owed in cases in this District and directed Plaintiff to resolve the issue with the prison first. Magistrate Judge Daly also directed Plaintiff to submit a current trustfund account statement and to describe efforts taken to resolve this matter in any subsequent motion. As Plaintiff already has received a balance sheet of funds owed in this case, the undersigned adopts Magistrate Judge Daly's findings and directions and incorporates them herein. Plaintiff's motion is accordingly **DENIED**, but without prejudice.

**IT IS SO ORDERED.**

**DATED: January 31, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　**DONALD G. WILKERSON**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**